**CERTIFIED MAIL**

U.S. District Court
5th Ave. North
Room 140
Birmingham, AL 35203-2037

9402 6118 9956 0422 3017 09

RETURN RECEIPT REQUESTED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Addressee or ☐ Agent
X _[signature]_

B. Received By: (Please Print Clearly)
_[signature]_

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

Article Addressed To:

University of Alabama Health Services Foundation, P.C.
c/o TC Fry, Jr., Registered Agent
500 22nd St. South, Suite 504
Birmingham AL 35233-3110

MAY 12 2014
U.S. DISTRICT COURT
N.D. OF ALABAMA