# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY BOLTON,**   )<br>   )<br>   **Plaintiff,**   )<br>   )<br>**v.**   )<br>   )<br>**UNIVERSITY OF ALABAMA**   )<br>**HEALTH SERVICES FOUNDATION,**   )<br>**P.C.,**   )<br>   )<br>   **Defendant.** | Case No.:  **2:14-CV-788-JEO** |

### ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a Rule 16(b) scheduling conference at **10:00 a.m.** on **July 25, 2014**, in chambers of the undersigned located at the Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama.  In addition to scheduling, the court also plans to discuss consent pursuant to 28 U.S.C. § 636(c).

   **DONE** this 15th day of July, 2014.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge